CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI         3835
SKYLER G. CRUZ            9551
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov
        Skyler.G.Cruz@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII; STATE OF
HAWAII OFFICE OF ELECTIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CALVIN CHRISTOPHER GRIFFIN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII; STATE OF HAWAII OFFICE OF ELECTIONS,<br><br>Defendants. | CIVIL NO. 20-00454 KJM<br><br>DEFENDANTS STATE OF HAWAII AND STATE OF HAWAII OFFICE OF ELECTION'S MOTION TO DISMISS THE AMENDED COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>(ECF No. 9)<br><br>Judge: Honorable Kenneth J. Mansfield |

## DEFENDANTS STATE OF HAWAII AND STATE OF HAWAII OFFICE OF ELECTION'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants State of Hawaii and State of Hawaii Office of Elections, by and through their attorneys Clare E. Connors, Attorney General of the State of Hawaii, and Caron M. Inagaki and Skyler G. Cruz, Deputy Attorneys General, hereby move this Court for an order dismissing Plaintiff's Amended Complaint filed on December 9, 2020. ECF No. 9.

This motion is brought pursuant to Rules 7, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and is based on the memorandum in support of motion, the records and files herein, and the arguments at the hearing of this motion.

DATED: Honolulu, Hawaii, December 28, 2020.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General
State of Hawaii

/s/ Skyler G. Cruz
CARON M. INAGAKI
SKYLER G. CRUZ
Deputy Attorneys General

Attorney for Defendants
STATE OF HAWAII and
STATE OF HAWAII OFFICE
OF ELECTIONS