ORIGINAL

cc: FILER ONLY

UNITED STATES DISTRIC COURT
FOR THE DISTRIC OF HAWAII

**CALVIN CHRISTOPHER GRIFFIN**
1154 Fort Street Mall, Suite 410
Honolulu, Hawaii 96813  *Plantiff*

VS

**STATE OF HAWAII**
**CLARE CONNERS**
(Attorney General)

**OFFICE OF ELECTIONS**
**SCOTT NAGO**
(CHIEF ELECTIONS OFFICER)  Defendent(s)

CIV. NO 20-00454  SOM/KJM

RECEIVED BY OVERNIGHT FILING

PLANTIFF'S
AFFIDAVIT/AFFIRMATION
IN OPPOSITION TO
DEFENDANT'S MOTION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 3 2021

at 11 o'clock and 44 min. A M
MICHELLE RYNNE, CLERK

1. I am the plaintiff in this action, and I respectfuly submit this affidavit/affirmation in opposition to the motion dated Mar 10, 2021 made by State of Hawaii, Clare Conners (Attorney General) and Office of Elections, Scott Nago (Chief Elections Officer)
2. The motion should be denied based on the previous information provided to the Court as well as the following statement submitted for the Court's review.

### STATEMENT OF OPPOSITION

The Oath that I took when I first entered the military was to "Protect and Defend the Constitution and Bill of Rights" which includes addressing any political actions that might undermine them. After twenty eight years of active, reserve service and now retired I still honor that oath, there is no expiration date. Every citizen, whether they hold elective office or served in any capacity within the Federal or State government system needs to remind themselves everyday of the importance of that oath. It is not my intention to infer or imply that I believe that those who have served in office in the past or currently in office in regards to this Complaint have performed thier duties in an intentional distrustful manner, but only that the complaint filed recognizes that my position on the General Election ballot should have been allowed. More importantly that the current candidate qualification for non-partisan candidates for federal office be re-evaluated to allow for the inclusion of voices the voters may want to represent them, citizens who want to be part of the dialog to assist in finding solutions to many of the concerns that effect our country and state.

The two major political corporations have a strangle hold on the concept of "free and fair" elections by creating impediments through legislation that limits who is qualified to seek public office. It appears that representatives of both of these major political parties who were elected or appointed have taken upon themselves to determine who is qualified to serve the citizens of this State. Officials representing the State are presenting this Motion to Dismiss have instead of being transparent, a maze of politically ambiguous statutes, regulations and re-interpreted guidelines is being presented and being zealously defended although the guidelines were directed by the legislative bodies of the State of Hawaii.

Mailed On
Date 5/4/21

cs

This current complaint was filed is a follow-up action to show the shortcomings of a electorial process. An Emergency Injuntion Complaint was filed by me on 3 July 2020 which was ultimately dismiss in December 2020 because it was deemed MUTE because it was not addressed in a timely manner. Quite a few concerned citizens are very interested in this court proceeding and very possibly, the confidence of the voters more than likely will be deminished if not clarified. Additionally, many who might consider seeking to become a Public Servant may be discouraged, concluding it would be an exercise in futility unless they are willing to compromise instead of showing courage to support that Oath.

*[signature]*     3 May 2012
**CALVIN CHRISTOPHER GRIFFIN**

**1154 Fort Street Mall, Suite 410**
**Honolulu, Hawaii 96813**