# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CALVIN CHRISTOPHER GRIFFIN | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 20-00454-SOM-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAII, ET AL | May 27, 2021 |
| Defendant(s). | At 11 o'clock and 25 min a.m.<br>MICHELLE RYNNE, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants, pursuant to the "Order Granting Motions to Dismiss", filed on May 27, 2021, ECF. No. 40.  It is further ordered the Clerk of Court shall close this case.

| | |
|---|---|
| May 27, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by JO |
| | (By) Deputy Clerk |